# EXHIBIT 1



# MICHIGAN
## manual of uniform
## traffic control devices

MICHIGAN DEPARTMENT OF STATE HIGHWAYS ● MICHIGAN DEPARTMENT OF STATE POLICE

# ERRATA

MICHIGAN MANUAL OF UNIFORM TRAFFIC CONTROL DEVICES

3RD REVISION

Publication of the 3rd Revision to the Michigan Manual of Uniform Traffic Control Devices has the following errors which require correction:

1. The BUS STOP symbol sign, page 58a, should have a black transit logo if a logo is utilized.

2. The supplemental NO PARKING educational plaque, page 62, shall have red legend and border on white background rather than black legend and border as shown.

3. Figure 3–10c, page 231, the identification of the LANE ENDS MERGE RIGHT sign and the Pavement Width Transition symbol sign should be transposed.

4. The General Information Signs (I Series), pages 139 through 141c, shall have white legend on green background; except State Police/Sheriff Dept. Signs, 17–1 and 17–2, shall have white legend on blue background. The 17–3, 17–4 signs shall remain as shown.

E. V. ERICKSON
CHAIRMAN

CHARLES H. HEWITT
VICE CHAIRMAN

PETER B. FLETCHER

CARL V. PELLONPAA



WILLIAM G. MILLIKEN, GOVERNOR

# DEPARTMENT OF STATE HIGHWAYS

STATE HIGHWAYS BUILDING — POST OFFICE DRAWER K — LANSING, MICHIGAN  48904

JOHN P. WOODFORD, STATE HIGHWAY DIRECTOR

October 1, 1973

To:   Manual Recipient

From:   John P. Woodford, Director
Michigan Department of
State Highways

John R. Plants, Director
Michigan Department of State Police

Subject:   1973 Edition of the Michigan Manual of Uniform Traffic Control
Devices

The 1973 edition of the Michigan Manual of Uniform Traffic Control Devices includes recent changes in national standards relating to traffic control device design, construction, and application on all public highways and streets throughout the State of Michigan.   In accordance with Section 608, Act 300, P.A. 1949 as amended, the provisions included in this Manual are the standards to be adopted by the State, counties, townships and municipalities.

If you are an official of a municipality or other governmental agency, and you do not personally have a direct need to retain your copy of this publication, we suggest that you make it available to that person in your organization most concerned with highway traffic operations.   We would appreciate being advised if you transfer your copy of the Manual to another individual or if you change your address so that distribution records can be kept current.   Future revisions can then be appropriately directed.

If additional copies of the Manual are desired, they can be obtained for the production cost of $9.00 each.   Checks should be made payable to the State of Michigan.   Notification of address change or Manual transfer, as well as request for additional copies, should be directed to the Contracts Section, Publications Unit, Michigan Department of State Highways, Drawer K, Lansing, Michigan, 48904.

During the next few months, the Michigan Department of State Highways will be conducting workshops at various locations throughout the State for the benefit of selected local authorities who have responsibilities for certain phases of traffic operations on public highways and streets.   If you have such responsibilities, we urge you to become familiar with provisions included in the Michigan Manual and plan to attend a workshop when it is held in your area.

We believe this Manual offers the best means of attaining traffic control device uniformity on all roads and streets, thereby increasing the comfort and safety of all highway users.

_____ Director
Michigan Department of State
Highways

_____ Director
Michigan Department of State
Police

MICHIGAN
THE
GREAT
LAKE
STATE

# MICHIGAN MANUAL OF UNIFORM TRAFFIC CONTROL DEVICES

## ADDENDUM

In section 2B-35, a sign with the legend RIGHT TURN ON RED AFTER STOP (R10-9) is included. According to section 612 (d) (2), Act 300, P.A. 1949, as amended, a red flashing arrow is the only traffic control device which will permit a driver to make a right turn when facing a steady red signal indication.

At the present time, legislation is being considered that would provide for permitting the R10-9 sign as well as the red flashing arrow to be used to designate locations where a right turn may be permitted with a steady red signal indication displayed. However, until such legislation has been approved, the red flashing arrow is the only device available to permit right turns in the face of a steady red indication. The R10-9 sign is not to be used as outlined in section 2B-35 and other sections of the 1973 edition of the Michigan Manual of Uniform Traffic Control Devices until legislation permitting the sign has been enacted.

_____ Director
Michigan Department of State Highways

_____ Director
Michigan Department of State Police

October 1, 1973

# MICHIGAN MANUAL OF
# UNIFORM TRAFFIC CONTROL DEVICES
## 1973 EDITION



Prepared By:

## MICHIGAN DEPARTMENT OF STATE HIGHWAYS
JOHN P. WOODFORD, Director

In Conjunction With

## MICHIGAN DEPARTMENT OF STATE POLICE
JOHN R. PLANTS, Director

# CERTIFICATION

In accordance with Section 608, Act 300, P.A. 1949 as amended, we hereby certify that the provisions of this Manual constitute the prescribed standards of design, construction and application of traffic control devices for use upon highways within this State and declare these to be the standards to be adopted by the State, counties, townships, and municipalities.

_____ Director
Michigan Department of State Highways

_____ Director
Michigan Department of State Police

October 1, 1973

# CONTENTS

|  |  | *Page* |
|---|---|---|
| Introduction | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |

## Part I — GENERAL PROVISIONS

| Section | 1A— 1. | Requirements of Traffic Control Devices . . . . . . . . . . . . . . . . . . | 3 |
|---|---|---|---|
|  | 1A— 2. | Responsibility for Traffic Control Devices . . . . . . . . . . . . . . . . . | 4 |
|  | 1A— 3. | Engineering Study Required . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
|  | 1A— 4. | Meanings of "Shall," "Should," and "May" . . . . . . . . . . . . | 5 |
|  | 1A— 5. | Procedures for Developing New Standards and for Interpretation and Revision of Existing Standards . . . . . . . . . . . | 5 |
|  | 1A— 6. | Relation to Other Documents . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
|  | 1A— 7. | Color Code . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |

## Part II — SIGNS

### A. Introduction and General Specifications

| Section | 2A— 1. | Function of Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |
|---|---|---|---|
|  | 2A— 2. | Scope of Sign Standards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |
|  | 2A— 3. | Legal Authority . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
|  | 2A— 4. | Standardization of Application . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
|  | 2A— 5. | Variable Message Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
|  | 2A— 6. | Excessive Use of Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
|  | 2A— 7. | Classification of Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
|  | 2A— 8. | Standardization of Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |
|  | 2A— 9. | Design . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |
|  | 2A—10. | Shapes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 |
|  | 2A—11. | Sign Colors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 |
|  | 2A—12. | Dimensions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 |
|  | 2A—13. | Symbols . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 |
|  | 2A—14. | Word Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 |
|  | 2A—15. | Lettering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 |
|  | 2A—16. | Illumination and Reflectorization . . . . . . . . . . . . . . . . . . . . . | 16 |
|  | 2A—17. | Means of Illumination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 |
|  | 2A—18. | Means of Reflectorization . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 |
|  | 2A—19. | Sign Borders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 |
|  | 2A—20. | Supplemental Beacons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 |
|  | 2A—21. | Standardization of Location . . . . . . . . . . . . . . . . . . . . . . . . . | 17 |
|  | 2A—22. | Overhead Sign Installations . . . . . . . . . . . . . . . . . . . . . . . . . | 18 |
|  | 2A—23. | Height . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 |
|  | 2A—24. | Lateral Clearance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 |
|  | 2A—25. | Position of Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 |
|  | 2A—26. | Erection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 |
|  | 2A—27. | Posts and Mountings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 |
|  | 2A—28. | Bridges for Sign Supports . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 |
|  | 2A—29. | Sign Materials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 |
|  | 2A—30. | Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 |

## B. Regulatory Signs

| Section | 2B— 1. | Application of Regulatory Signs | 33 |
|---|---|---|---|
| | 2B— 2. | Classification of Regulatory Signs | 33 |
| | 2B— 3. | Design of Regulatory Signs | 33 |
| | 2B— 4. | Stop Sign (R1-1) | 33 |
| | 2B— 5. | Warrants for Stop Signs | 34 |
| | 2B— 6. | Multiway Stop Sign | 35 |
| | 2B— 7. | Yield Sign (R1-2) | 36 |
| | 2B— 8. | Warrants for Yield Sign | 36 |
| | 2B— 9. | Location of Stop Sign and Yield Sign | 37 |
| | 2B—10. | Speed Limit Signs (R2-1, R2-2) | 38 |
| | 2B—11. | Night Speed Sign (R2-3) | 39 |
| | 2B—12. | Minimum Speed Sign (R2-4) | 39 |
| | 2B—13. | Location of Speed Limit Sign | 40 |
| | 2B—14. | Sign for Reduced Speed Ahead (R2-5) | 41 |
| | 2B—15. | Turn Prohibition Signs (R3-1 to R3-3) | 41 |
| | 2B—16. | U-Turn Prohibition Sign (R3-4) | 43 |
| | 2B—17. | Lane-Use Control Signs (R3-5 to R3-9b) | 43 |
| | 2B—18. | Left Turn Lane Sign (R3-10) | 46 |
| | 2B—19. | Signal Movement Identification Signs (R3-11) | 46 |
| | 2B—19A. | Complete Left Turn When Traffic Clears Sign (R3-12) | 46 |
| | 2B—19B. | Turn Right (Left) Only Signs (R3-13) | 47 |
| | 2B—19C. | Lane-Use Control Signs for Preferential Lanes | 48 |
| | 2B—20. | Do Not Pass Sign (4-1) | 48b |
| | 2B—21. | Pass With Care Sign (R4-2) | 48b |
| | 2B—22. | Slower Traffic Keep Right Sign (R4-3) | 48b |
| | 2B—23. | Signs for Uphill Traffic Lanes (R4-5, R4-6) | 49 |
| | 2B—24. | Keep Right Signs (R4-7 to R4-9) | 50 |
| | 2B—25. | Do Not Enter Sign (R5-1) | 51 |
| | 2B—26. | Wrong Way Sign (R5-9) | 52 |
| | 2B—27. | Selective Exclusion Signs | 53 |
| | 2B—28. | One Way Signs (R6-1, R6-2) | 55 |
| | 2B—28A. | One Way Transition Signs (R6-3, R6-3a) | 56a |
| | 2B—29. | Urban Parking and Stopping Signs (R7 series) | 57 |
| | 2B—30. | Placement of Urban Parking Signs | 61 |
| | 2B—31. | Parking Prohibition Signs in Rural Districts (R8-1, R8-2, R8-3, R8-3a, R8-5, R8-6, R8-10) | 61 |
| | 2B—32. | Emergency Parking Signs (R8-4, R8-7) | 62 |
| | 2B—33. | Walk on Left and No Hitchhiking Signs (R9-1, R9-4) | 63 |
| | 2B—34. | Pedestrian Crossing Signs (R9-2, R9-3, R9-3a) | 64 |
| | 2B—35. | Traffic Signal Signs (R10-1, R10-2, R10-3, R10-4, R10-6, R10-7, R10-9, R10-11, R10-12) | 64 |
| | 2B—36. | Keep Off Median Sign (R11-1) | 67 |
| | 2B—37. | Road Closed Sign (R11-2) | 67 |
| | 2B—38. | Local Traffic Only Sign (R11-3, R11-4) | 68 |
| | 2B—39. | Weight Limit Signs (R12-1 to R12-7) | 68 |
| | 2B—40. | Weigh Station Signs | 70 |
| | 2B—41. | Truck Route Sign (R14-1) | 70 |
| | 2B—42. | Railroad Crossbuck Sign (R15-1, R15-2) | 71 |
| | 2B—43. | Other Regulatory Signs | 72 |

**C. Warning Signs**

Section 2C— 1. Application of Warning Signs . . . . . . . . . . . . . . . . . 73
       2C— 2. Design of Warning Signs . . . . . . . . . . . . . . . . . . . . . 74
       2C— 3. Placement of Warning Signs . . . . . . . . . . . . . . . . . . . 75
       2C— 4. Turn Sign (W1-1) . . . . . . . . . . . . . . . . . . . . . . . . 75
       2C— 5. Curve Sign (W1-2) . . . . . . . . . . . . . . . . . . . . . . . 76
       2C— 6. Reverse Turn Sign (W1-2) . . . . . . . . . . . . . . . . . . . 76
       2C— 7. Reverse Curve Sign (W1-4) . . . . . . . . . . . . . . . . . . . 76
       2C— 8. Winding Road Sign (W1-5) . . . . . . . . . . . . . . . . . . . 77
       2C— 9. Target Arrow Sign (W1-6, W1-7) . . . . . . . . . . . . . . . . 77
       2C—10. Cross Road Sign (W2-1) . . . . . . . . . . . . . . . . . . . . 78
       2C—11. Side Road Sign (W2-2, W2-3) . . . . . . . . . . . . . . . . . 79
       2C—12. T Symbol Sign (W2-4) . . . . . . . . . . . . . . . . . . . . . 79
       2C—13. Y Symbol Sign (W2-5) . . . . . . . . . . . . . . . . . . . . . 79
       2C—14. Stop Ahead Sign (W3-1, W3-1a) . . . . . . . . . . . . . . . . 80
       2C—15. Yield Ahead Sign (W3-2, W3-2a) . . . . . . . . . . . . . . . 80
       2C—16. Signal Ahead Sign (W3-3) . . . . . . . . . . . . . . . . . . . 81
       2C—17. Merge Sign (W4-1) . . . . . . . . . . . . . . . . . . . . . . . 81
       2C—18. Pavement Width Transition Signs (W4-2, W9-1, W9-2) . . . . . 82
       2C—19. Road Narrows Sign (W4-1) . . . . . . . . . . . . . . . . . . . 83
       2C—20. Narrow Bridge Sign (W5-2) . . . . . . . . . . . . . . . . . . 83
       2C—21. One Lane Bridge Sign (W5-3) . . . . . . . . . . . . . . . . . 83
       2C—22. Divided Highway (Road) Sign (W6-1) . . . . . . . . . . . . . 83
       2C—23. Divided Highway (Road) Ends Sign (W6-2) . . . . . . . . . . . 84
       2C—24. Two-Way Traffic Sign (W6-3) . . . . . . . . . . . . . . . . . 85
       2C—24A. Freeway Ends Sign (W6-4) . . . . . . . . . . . . . . . . . . 85
       2C—25. Hill Sign (W7-1, W7-2) . . . . . . . . . . . . . . . . . . . . 86
       2C—26. Bump Sign (W8-1) . . . . . . . . . . . . . . . . . . . . . . . 87
       2C—27. Dip Sign (W8-2) . . . . . . . . . . . . . . . . . . . . . . . . 87
       2C—28. Pavement Ends Sign (W8-3) . . . . . . . . . . . . . . . . . . 87
       2C—29. Soft Shoulder Sign (W8-4) . . . . . . . . . . . . . . . . . . . 88
       2C—30. Slippery When Wet Sign (W8-5) . . . . . . . . . . . . . . . . 88
       2C—30A. Watch for Ice on Bridge Sign (W8-6) . . . . . . . . . . . . 88
       2C—31. Railroad Advance Warning Sign (W10-1) . . . . . . . . . . . . 89
       2C—32. Advance Crossing Signs (W11 series) . . . . . . . . . . . . . . 89
       2C—33. Crossing Signs (W11A series) . . . . . . . . . . . . . . . . . . 92
       2C—34. Double Arrow Sign (W12-1) . . . . . . . . . . . . . . . . . . 93
       2C—35. Clearance Signs (W12-2, W12-3) . . . . . . . . . . . . . . . . 94
       2C—36. Advisory Speed Plate (W13-1) . . . . . . . . . . . . . . . . . 95
       2C—37. Advisory Exit Speed Signs (W13-2, W13-3) . . . . . . . . . . . 96
       2C—38. Dead End Signs (W14-1, W14-2) . . . . . . . . . . . . . . . . 97
       2C—39. No Passing Zone Sign (W14-3) . . . . . . . . . . . . . . . . . 97
       2C—40. Other Warning Signs . . . . . . . . . . . . . . . . . . . . . . 98

**D. Guide Signs -- Conventional Roads**

Section 2D— 1. Scope of Conventional Road Guide Sign Standards . . . . . . 99
       2D— 2. Application . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
       2D— 3. Color, Reflectorization and Illumination . . . . . . . . . . . . 99
       2D— 4. Size of Signs . . . . . . . . . . . . . . . . . . . . . . . . . . 99
       2D— 5. Lettering Style . . . . . . . . . . . . . . . . . . . . . . . . . 99
       2D— 6. Size of Lettering . . . . . . . . . . . . . . . . . . . . . . . . 100
       2D— 7. Amount of Legend . . . . . . . . . . . . . . . . . . . . . . . 101

2D— 8.  Arrows and Symbols ................................... 101
2D— 9.  Numbered Highway Systems .......................... 102
2D—10.  Route Markers and Auxiliary Markers ................. 103
2D—11.  Design of Route Markers (M1-1 to M1-7) ............. 103
2D—12.  Design of Route Marker Auxiliaries .................. 110
2D—13.  Junction Marker (M2-1) .............................. 110
2D—14.  Combination Junction Sign (M2-2) ................... 111
2D—15.  Cardinal Direction Marker (M3-1 to M3-4) ............ 111
2D—16.  Markers for Alternative Routes ...................... 112
2D—17.  Alternate Marker (M4-1, M4-1a) ...................... 112
2D—18.  By-pass Marker (M4-2) ............................... 113
2D—19.  Business Route Marker (M4-3) ........................ 113
2D—20.  Truck Route Marker (M4-4) ........................... 113
2D—21.  To Marker (M4-5) .................................... 114
2D—22.  Ends Marker (M6-8) .................................. 114
2D—23.  Temporary Marker (M4-7) ............................ 114
2D—24.  Detour Marker (M4-8) ................................ 115
2D—25.  Detour Sign (M4-9) .................................. 115
2D—26.  Advance Turn Arrows (M5-1, M5-2) ................... 116
2D—27.  Directional Arrows (M6-1 to M6-7) ................... 117
2D—28.  Route-Directional Assemblies ........................ 119
2D—29.  Junction Assembly ................................... 119
2D—30.  Advance Route-Directional Assembly ................. 120
2D—31.  Target Route-Directional Assembly ................... 121
2D—32.  Confirmatory Route Marker Assembly ................. 121
2D—33.  Confirmatory Route Marker Assembly Used as a
        Reassurance Marker ................................. 122
2D—34.  Trailblazers ........................................ 122
2D—35.  Destination and Mileage Signs ....................... 123
2D—36.  Destination Signs (D1-1 to D1-3) .................... 123
2D—37.  Location of Destination Signs ....................... 125
2D—38.  Mileage Signs (D2-1 to D2-3) ........................ 125
2D—39.  Location of Mileage Signs ........................... 125
2D—40.  Street and Advance Road (Street) Name Signs
        (D3-1, D3-2, D3-2a) ................................ 126
2D—41.  Parking Area Sign (D4-1) ............................ 128
2D—42.  Rest Area Signs (D5-1 to D5-5b) ..................... 128
2D—43.  Scenic Area Signs (D6-1 to D6-3) .................... 130
2D—44.  Recreation Area Signs (D7-1, D7-2) .................. 130
2D—45.  Weigh Station Signs (D8-1 to D8-3) .................. 131
2D—46.  Service Signs (D9-1 to D9-9) ........................ 133
2D—47.  Mileposts (D10-1 to D10-3) .......................... 135
2D—48.  Bicycle Route (11-1) ................................ 136
2D—48A. Snowmobile Route (D11-2) ............................ 136
2D—49.  Traffic Signal Speed Sign (11-1) .................... 138
2D—50.  General Information Signs (I Series) ................. 138
2D—51.  Signing of Named Highways .......................... 141d
2D—52.  Trailmarkers ....................................... 141d

E.  Guide Signs — Expressway
Section  2E— 1.  Scope of Expressway Guide Sign Standards .............. 143
         2E— 2.  Application ......................................... 143

(Rev. 1)
(Rev. 2)
(Rev. 3)

2E– 3. General Standards . . . . . . . . . . . . . . . . . . . . . . 143
2E– 4. Functions of Expressway Guide Signs . . . . . . . . . . . 144
2E– 5. Color of Expressway Guide Signs . . . . . . . . . . . . . 144
2E– 6. Reflectorization or Illumination . . . . . . . . . . . . . 144
2E– 7. Size of Expressway Guide Signs . . . . . . . . . . . . . 144
2E– 8. Amount of Legend on Expressway Guide Signs . . . . . 145
2E– 9. Style of Lettering . . . . . . . . . . . . . . . . . . . . 145
2E–10. Size of Lettering . . . . . . . . . . . . . . . . . . . . . 145
2E–11. Interline and Edge Spacing . . . . . . . . . . . . . . . 149
2E–12. Abbreviations . . . . . . . . . . . . . . . . . . . . . . 149
2E–13. Symbols . . . . . . . . . . . . . . . . . . . . . . . . . 149
2E–14. Arrows . . . . . . . . . . . . . . . . . . . . . . . . . . 149
2E–15. Viewing Factors . . . . . . . . . . . . . . . . . . . . . 149
2E–16. Overhead Sign Installations . . . . . . . . . . . . . . . 150
2E–17. Urban Expressways . . . . . . . . . . . . . . . . . . . 150
2E–18. Expressway Guide Sign Classification . . . . . . . . . . 151
2E–19. Route Markers and Trailblazers . . . . . . . . . . . . . 151
2E–20. Signs for Intersections at Grade . . . . . . . . . . . . . 151
2E–21. Expressway Interchange Classification . . . . . . . . . . 151
2E–22. Interchange and Exit Numbering . . . . . . . . . . . . 152
2E–23. Interchange Guide Signs . . . . . . . . . . . . . . . . . 152
2E–24. Advance Guide Signs . . . . . . . . . . . . . . . . . . 152
2E–25. Next Exit Supplemental Sign . . . . . . . . . . . . . . . 154
2E–26. Other Supplemental Signs . . . . . . . . . . . . . . . . 154
2E–27. Exit Direction Signs . . . . . . . . . . . . . . . . . . . 155
2E–28. Gore Signs . . . . . . . . . . . . . . . . . . . . . . . . 157
2E–29. Post-Interchange Signs . . . . . . . . . . . . . . . . . 159
2E–30. Mileage Signs . . . . . . . . . . . . . . . . . . . . . . 159
2E–31. Interchange Sequence Signs . . . . . . . . . . . . . . . 160
2E–32. Next-Exits Area Signs . . . . . . . . . . . . . . . . . . 161
2E–33. Signing for Services . . . . . . . . . . . . . . . . . . . 161
2E–34. Uniform Signing by Type of Interchange . . . . . . . . . 162
2E–35. Rest and Scenic Areas . . . . . . . . . . . . . . . . . . 162
2E–36. Recreation Area Signs . . . . . . . . . . . . . . . . . . 162
2E–37. Milepost Markers . . . . . . . . . . . . . . . . . . . . 162
2E–38. Miscellaneous Guide Signs . . . . . . . . . . . . . . . . 162
2E–39. Special Signing on Expressway Approaches and
        Connecting Roadways . . . . . . . . . . . . . . . . . . 165

F. Guide Signs — Freeways

Section 2F– 1. Scope of Freeway Sign Standards . . . . . . . . . . . . 167
        2F– 2. Freeway Signing Principles . . . . . . . . . . . . . . . 167
        2F– 3. General Characteristics of Freeway Signing . . . . . . 168
        2F– 4. Characteristics of Urban Freeway Signing . . . . . . . 168
        2F– 5. Characteristics of Rural Freeway Signing . . . . . . . 169
        2F– 6. Sign Layouts . . . . . . . . . . . . . . . . . . . . . . 169
        2F– 7. Diagrammatic Signs . . . . . . . . . . . . . . . . . . 169
        2F– 8. Designation of Destinations . . . . . . . . . . . . . . 170
        2F– 9. Limit on Destination Legends . . . . . . . . . . . . . 171
        2F–10. Routing to a Given Destination . . . . . . . . . . . . . 171
        2F–11. Overhead Sign Installations . . . . . . . . . . . . . . 171
        2F–12. Style of Lettering and Legend Spacing . . . . . . . . . 172

ix

2F—13. Sign Borders . . . . . . . . . . . . . . . . . . . . . . . . . 176
2F—14. Color, Reflectorization and Illumination . . . . . . . . . . . 176
2F—15. Sign Arrows . . . . . . . . . . . . . . . . . . . . . . . . . 176
2F—16. Viewing Factors . . . . . . . . . . . . . . . . . . . . . . . 176
2F—17. Vertical Clearance . . . . . . . . . . . . . . . . . . . . . . 176
2F—18. Horizontal Clearance . . . . . . . . . . . . . . . . . . . . 177
2F—19. Interchange Classification . . . . . . . . . . . . . . . . . . 177
2F—20. Interchange Exit Numbering . . . . . . . . . . . . . . . . . 177
2F—21. Interchange Guide Signs . . . . . . . . . . . . . . . . . . . 182
2F—22. Post Interchange Signs . . . . . . . . . . . . . . . . . . . . 182
2F—23. Signing by Class of Interchange . . . . . . . . . . . . . . . 182
2F—24. Interchanges Between Freeways . . . . . . . . . . . . . . . . 182
2F—25. Cloverleaf . . . . . . . . . . . . . . . . . . . . . . . . . . 184
2F—26. Cloverleaf with Collector-Distributor Roadways . . . . . . 184
2F—27. Partial Cloverleaf . . . . . . . . . . . . . . . . . . . . . . 184
2F—28. Diamond . . . . . . . . . . . . . . . . . . . . . . . . . . . 188
2F—29. Urban Diamond . . . . . . . . . . . . . . . . . . . . . . . 188
2F—30. Closely Spaced Interchanges . . . . . . . . . . . . . . . . . 191
2F—31. Minor Interchange . . . . . . . . . . . . . . . . . . . . . . 192
2F—32. Signing for Services . . . . . . . . . . . . . . . . . . . . . 193
2F—33. Specific Services Information . . . . . . . . . . . . . . . . . 196
2F—34. Rest and Scenic Area Signs . . . . . . . . . . . . . . . . . 196
2F—35. Weigh Station Signing . . . . . . . . . . . . . . . . . . . . 196
2F—36. Milepost Markers . . . . . . . . . . . . . . . . . . . . . . 198
2F—37. Route Markers and Trailblazers . . . . . . . . . . . . . . . 198
2F—38. Miscellaneous Freeway Guide Signs . . . . . . . . . . . . . 198
2F—39. Signing on Freeway Approaches . . . . . . . . . . . . . . . 199

**G. Signing for Civil Defense**

Section 2G— 1. Civil Defense Emergencies . . . . . . . . . . . . . . . . . 201
2G— 2. Design of Civil Defense Signs . . . . . . . . . . . . . . . . 201
2G— 3. Evacuation Route Marker (CD-1) . . . . . . . . . . . . . . . 202
2G— 4. Area Closed Sign (CD-2) . . . . . . . . . . . . . . . . . . 203
2G— 5. Traffic Regulation Post Sign (CD-3) . . . . . . . . . . . . 203
2G— 6. Emergency Speed Sign (CD-4) . . . . . . . . . . . . . . . 203
2G— 7. Road Use Permit Sign (CD-5) . . . . . . . . . . . . . . . 204
2G— 8. Emergency Aid Centers Sign (CD-6) . . . . . . . . . . . . 204
2G— 9. Fallout Shelter Direction Sign (CD-7) . . . . . . . . . . . 205

## PART III—MARKINGS

**A. General Principles**

Section 3A— 1. Functions and Limitations . . . . . . . . . . . . . . . . 207
3A— 2. Standardization of Application . . . . . . . . . . . . . . . 207
3A— 3. Materials . . . . . . . . . . . . . . . . . . . . . . . . . . 208
3A— 4. Colors . . . . . . . . . . . . . . . . . . . . . . . . . . . 208
3A— 5. General Principles—Longitudinal and Pavement
         Markings . . . . . . . . . . . . . . . . . . . . . . . . . 209
3A— 6. Widths and Patterns of Longitudinal Lines . . . . . . . . . 209
3A— 7. Types of Longitudinal Lines . . . . . . . . . . . . . . . . 209
3A— 8. Transverse Markings . . . . . . . . . . . . . . . . . . . . 211
3A— 9. Curb Markings . . . . . . . . . . . . . . . . . . . . . . . 211

**B. Application of Pavement and Curb Markings**

Section 3B— 1. Center Lines ................................................ 212
    3B— 2. Lane Lines ................................................ 212
    3B— 3. No-Passing Zones ......................................... 213
    3B— 4. Application of No-Passing Zone Signs and/or
        Markings ............................................. 213
    3B— 5. Warrants for No-Passing Zones at Curves ................. 214
    3B— 6. Pavement Edge Lines ..................................... 215
    3B— 7. Pavement Marking Extensions Through
        Intersections or Interchanges ......................... 215
    3B— 8 Lane Reduction Transitions ............................. 215
    3B— 9. Channelizing Line ....................................... 216
    3B—10. Median Islands Formed by Pavement Markings ............. 216
    3B—11. Markings of Interchange Ramps .......................... 216
    3B—12. Combination Lane and Center Line Markings for
        Unique Applications ................................... 217
    3B—13. Approach to an Obstruction ............................. 217
    3B—14. Stop Lines .............................................. 218
    3B—15. Crosswalks and Crosswalk Lines ........................ 218
    3B—16. Approach to Railroad Crossing .......................... 219
    3B—17. Parking Space Markings ................................. 220
    3B—18. Pavement Word and Symbol Markings ..................... 220
    3B—19. Curb Markings for Parking Restrictions ................. 221
    3B—20. Preferential Lane Markings ............................. 222

**C. Object Markings**

Section 3C— 1. Object Marker Design .................................... 241
    3C— 2. Objects in the Roadway ................................. 241
    3C— 3. Objects Adjacent to the Roadway ....................... 242
    3C— 4. End of Roadway Marker ................................. 242

**D. Delineation**

Section 3D— 1. Delineators ............................................. 243
    3D— 2. Design ................................................. 243
    3D— 3. Curb Markings for Delineation ......................... 243
    3D— 4. Delineator Application ................................. 243
    3D— 5. Delineator Placement and Spacing ...................... 244

**E. Colored Pavements**

Section 3E— 1. Colored Pavements ...................................... 248
    3E— 2. Colors ................................................. 248

**F. Barricades**

Section 3F— 1. Barricades ............................................. 248

# Part IV — SIGNALS

**A. General**

Section 4A— 1. Types ................................................... 249
    4A— 2. Basis of Installation .................................. 249

(Rev. 2)
(Rev. 3)

**B. Traffic Control Signals**

Section 4B– 1. General Aspects . . . . . . . . . . . . . . . . . . . . . 250
    4B– 2. Area of Control . . . . . . . . . . . . . . . . . . . . . 250
    4B– 3. Advantages and Disadvantages of Traffic Control
           Signals . . . . . . . . . . . . . . . . . . . . . . 250
    4B– 4. Portable Traffic Control Signals . . . . . . . . . . . 251
    4B– 4A. Ramp Metering Signals . . . . . . . . . . . . . . . 251
    4B– 5. Meaning of Signal Indications . . . . . . . . . . . . 252
    4B– 6. Application of Signal Indications . . . . . . . . . . 254
    4B– 7. Number of Lenses per Signal Face . . . . . . . . . . 255
    4B– 8. Size and Design of Signal Lenses . . . . . . . . . . 255
    4B– 9. Arrangement of Lenses in Signal Faces . . . . . . . 256
    4B–10. Illumination of Lenses . . . . . . . . . . . . . . . . 258
    4B–11. Visibility and Shielding of Signal Faces . . . . . . 258
    4B–12. Number and Locations of Signal Faces . . . . . . . 259
    4B–13. Height of Signal Faces . . . . . . . . . . . . . . . . 261
    4B–14. Transverse Location of Traffic Signal Supports and
           Controller Cabinets . . . . . . . . . . . . . . . . 261
    4B–15. Vehicle Change Interval . . . . . . . . . . . . . . . 262
    4B–16. Unexpected Conflicts During Green Interval . . . . 262
    4B–17. Coordination of Traffic Control Signals . . . . . . . 263
    4B–18. Flashing Operation of Traffic Control Signals . . . 263
    4B–19. Continuity of Operation . . . . . . . . . . . . . . . 264
    4B–20. Signal Operation Must Relate to Traffic Flow . . . 264
    4B–21. Traffic Signals Near Grade Crossings . . . . . . . . 264
    4B–22. Priority Control of Traffic Signals . . . . . . . . . 266
    4B–23. Maintenance of Traffic Control Signals . . . . . . . 266
    4B–24. Painting . . . . . . . . . . . . . . . . . . . . . . . . 267
    4B–25. Vehicle Detectors . . . . . . . . . . . . . . . . . . . 267
    4B–26. Auxiliary Signs . . . . . . . . . . . . . . . . . . . . 267
    4B–27. Prohibition of Confusing Advertising Lights, Signs and
           Advertising on Traffic Signs or Signals . . . . . . . . . . . 268

**C. Warrants**

Section 4C– 1. Advance Engineering Data Required . . . . . . . . 269
    4C– 2. Warrants for Traffic Signal Installation . . . . . . . 270
    4C– 3. Warrant 1, Minimum Vehicular Volume . . . . . . . 271
    4C– 4. Warrant 2, Interruption of Continuous Traffic . . . . . . . 272
    4C– 5. Warrant 3, Minimum Pedestrian Volume . . . . . . . . . . 272
    4C– 6. Warrant 4, School Crossing . . . . . . . . . . . . . 273
    4C– 7. Warrant 5, Progressive Movement . . . . . . . . . . . 274
    4C– 8. Warrant 6, Accident Experience . . . . . . . . . . . 274
    4C– 9. Warrant 7, Systems Warrant . . . . . . . . . . . . . 275
    4C–10. Warrant 8, Combination of Warrants . . . . . . . . 275
    4C–11. Factors Governing Selection of Type of Control . . . 276
    4C–12. Pedestrian-Actuated Control . . . . . . . . . . . . . 276

**D. Pedestrian Signals**

Section 4D– 1. Pedestrian Signal Indications . . . . . . . . . . . . . 277
    4D– 2. Meanings of Pedestrian Indications . . . . . . . . . 277
    4D– 3. Applications of Pedestrian Signal Indications . . . . . . . 277
    4D– 4. Design Requirements . . . . . . . . . . . . . . . . . 278

| | 4D— 5. | Location | 278 |
| | 4D— 6. | Detectors | 280 |
| | 4D— 7. | Pedestrian Intervals and Phases | 280 |

**E. Other Highway Traffic Signals**

| Section | 4E— 1. | Hazard Identification Beacon | 282 |
| | 4E— 2. | Speed Limit Sign Beacon | 282 |
| | 4E— 3. | Intersection Control Beacon | 282 |
| | 4E— 4. | Stop Sign Beacon | 286 |
| | 4E— 5. | General Design and Operation of Beacons | 286 |
| | 4E— 6. | Hazard Identification Beacon Location | 286 |
| | 4E— 7. | Intersection Control Beacon Location | 287 |
| | 4E— 8. | Lane-Use Control Signals | 287 |
| | 4E— 9. | Meaning of Lane-use Control Signal Indications | 288 |
| | 4E—10. | Design of Lane-use Control Signals | 288 |
| | 4E—11. | Location of Lane-use Control Signals | 289 |
| | 4E—12. | Operation of Lane-use Control Signals | 289 |
| | 4E—13. | Traffic Signals at Drawbridges | 290 |
| | 4E—14. | Application of Drawbridge Signals | 290 |
| | 4E—15. | Design of Drawbridge Signals | 290 |
| | 4E—16. | Location of Drawbridge Signals | 291 |
| | 4E—17. | Operation of Drawbridge Signals | 291 |
| | 4E—18. | Traffic Signals For Emergency Vehicle Movements | 292 |
| | 4E—19. | Applications of Emergency Traffic Signals | 292 |
| | 4E—20. | Design of Emergency Traffic Signals | 293 |
| | 4E—21. | Operation of Emergency Traffic Signals | 293 |

**F. Train-Approach Signals and Gates**

| Section | 4F— 1. | Railroad-Highway Grade-Crossing Protection | 294 |
| | 4F— 2. | Application of Railroad Grade-Crossing Signals, Gates and Variable Signs | 294 |
| | 4F— 3. | Proper Motorist Response to Railroad-Highway Grade-Grossing Signals | 295 |
| | 4F— 4. | Types of Control, Design, Location, Installation, Operation and Maintenance | 295 |

**G. Traffic Signals for One-Lane, Two-Way Facilities**

| | | (Bridges, Tunnels, etc.) | 296 |

## Part V — ISLANDS

**A. General**

| Section | 5A— 1. | Scope of Island Standards | 297 |
| | 5A— 2. | Legal Authority | 297 |
| | 5A— 3. | Classification and Function | 297 |
| | 5A— 4. | Pedestrian Refuge Islands | 297 |
| | 5A— 5. | Traffic Divisional Islands | 298 |
| | 5A— 6. | Traffic Channelizing Islands | 298 |

**B. Design**

| Section | 5B— 1. | General | 299 |
| | 5B— 2. | Size and Shape | 299 |
| | 5B— 3. | Designation of Island Areas | 302 |

C. Approach End Treatment

Section 5C— 1. General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 303
        5C— 2. Method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 303

D. Illumination

D. Illumination . . . . . . . . . . . . . . . . . . . . . . . . . . . . 304

E. Signs

Section 5E— 1. General . . . . . . . . . . . . . . . . . . . . . . . . . . . . 305
        5E— 2. Application . . . . . . . . . . . . . . . . . . . . . . . . . . 305

F. Markings

Section 5F— 1. General . . . . . . . . . . . . . . . . . . . . . . . . . . . . 307
        5F— 2. Application . . . . . . . . . . . . . . . . . . . . . . . . . . 307
        5F— 3. Colors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 307
        5F— 4. Object Markers . . . . . . . . . . . . . . . . . . . . . . . . 307
        5F— 5. Delineators . . . . . . . . . . . . . . . . . . . . . . . . . . 307

# Part VI — TRAFFIC CONTROLS FOR STREET AND HIGHWAY CONSTRUCTION AND MAINTENANCE OPERATIONS

A. Introduction and General Specifications

Section 6A— 1. Need for Standards . . . . . . . . . . . . . . . . . . . . . . 309
        6A— 2. Scope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 309
        6A— 3. Application of Standards . . . . . . . . . . . . . . . . . . . . 309
        6A— 4. Responsibility . . . . . . . . . . . . . . . . . . . . . . . . 310
        6A— 5. General Requirements . . . . . . . . . . . . . . . . . . . . . 311

B. Signs

Section 6B— 1. Design of Signs . . . . . . . . . . . . . . . . . . . . . . . 312
        6B— 2. Illumination and Reflectorization . . . . . . . . . . . . . . . 312
        6B— 3. Position of Signs . . . . . . . . . . . . . . . . . . . . . . . 312
        6B— 4. Erection of Signs . . . . . . . . . . . . . . . . . . . . . . . 330

        *Regulatory Signs*

        6B— 5. Authority . . . . . . . . . . . . . . . . . . . . . . . . . . . 330
        6B— 6. Design . . . . . . . . . . . . . . . . . . . . . . . . . . . . 330
        6B— 7. Application . . . . . . . . . . . . . . . . . . . . . . . . . . 331
        6B— 8. Road (Street) Closed Sign (R11-2) . . . . . . . . . . . . . . . 332
        6B— 9. Local Traffic Only Signs (R11-3, 4) . . . . . . . . . . . . . . 332
        6B—10. Weight Limit Signs (R12-1, 2) . . . . . . . . . . . . . . . . . 333
        6B—11. Special Regulatory Signs . . . . . . . . . . . . . . . . . . . 333

        *Warning Signs*

        6B—12. Function . . . . . . . . . . . . . . . . . . . . . . . . . . . 334
        6B—13. Design and Application . . . . . . . . . . . . . . . . . . . . 334
        6B—14. Application of Construction Approach
               Warning Signs . . . . . . . . . . . . . . . . . . . . . . . . 335

6B–15. Advance Construction Sign (W20-1) . . . . . . . . . . . . . . . 335
6B–16. Advance Detour Sign (W20-2) . . . . . . . . . . . . . . . . . . 335
6B–17. Advance Road (Street) Closed Sign (W20-3) . . . . . . . . 336
6B–18. Advance One Lane Road Sign (W20-3) . . . . . . . . . . . . 336
6B–18A. Advance Yield To Oncoming Traffic Sign (W20-4a) . . . . . 336
6B–19. Advance Lane Closed Sign (W20-5) . . . . . . . . . . . . . . 337
6B–20. Advance Flagman Sign (W20-7) . . . . . . . . . . . . . . . . 337
6D–20A. Be Prepared To Stop Sign (W20-7a) . . . . . . . . . . . . . 338
6B–21. Two-Way Traffic Sign (W6-3) . . . . . . . . . . . . . . . . . 338
6B–22. Application of Maintenance and Minor
          Construction Warning Signs . . . . . . . . . . . . . . . . 338
6B–23. Men Working Sign (W21-1) . . . . . . . . . . . . . . . . . . 341
6B–24. Fresh Oil Sign (W21-2) . . . . . . . . . . . . . . . . . . . . 341
6B–25. Road Machinery Sign (W21-3) . . . . . . . . . . . . . . . . 341
6B–26. Road Work Sign (W21-4) . . . . . . . . . . . . . . . . . . . 342
6B–27. Shoulder Work Sign (W21-5) . . . . . . . . . . . . . . . . . 342
6B–28. Survey Crew Sign (W21-6) . . . . . . . . . . . . . . . . . . 342
6B–29. Signs for Blasting Areas . . . . . . . . . . . . . . . . . . . . 343
6B–30. Blasting Zone Sign (W22-1) . . . . . . . . . . . . . . . . . . 343
6B–31. Turn Off 2-Way Radios Sign (W22-2) . . . . . . . . . . . . 344
6B–32. End Blasting Zone Sign (W22-3) . . . . . . . . . . . . . . . 344
6B–33. Other Warning Signs . . . . . . . . . . . . . . . . . . . . . . 344
6B–34. Advisory Speed Plate (W13-1) . . . . . . . . . . . . . . . . . 345

*Guide Signs*

6B–35. Function and Design of Information and Guide
          Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 345
6B–36. Length of Construction Zone Sign (G20-1) . . . . . . . . . . 345
6B–36A. Construction Zone Sign (G20-1a) . . . . . . . . . . . . . . . 346
6B–37. Construction Zone Ends Sign (G20-2) . . . . . . . . . . . . . 346
6B–38. Signs Used for Detours (M4-8, 8a, 9, 10) . . . . . . . . . . 347
6B–39. Pilot Car Sign (G20-4) . . . . . . . . . . . . . . . . . . . . . 348


**C. Barricades and Channelizing Devices**

Section 6C– 1. Function . . . . . . . . . . . . . . . . . . . . . . . . . . . 349
          6C– 2. Barricade Design . . . . . . . . . . . . . . . . . . . . . . 349
          6C– 3. Cone Design . . . . . . . . . . . . . . . . . . . . . . . . 351
          6C– 4. Drum Design . . . . . . . . . . . . . . . . . . . . . . . . 351
          6C– 5. Vertical Panel Design . . . . . . . . . . . . . . . . . . . 353
          6C– 6. Barricade Construction . . . . . . . . . . . . . . . . . . 353
          6C– 7. Barricade Application . . . . . . . . . . . . . . . . . . . 354
          6C– 8. Barrel or Drum Application . . . . . . . . . . . . . . . . 357
          6C– 9. Traffic Cone Application . . . . . . . . . . . . . . . . . 357
          6C–10. Delineator Application . . . . . . . . . . . . . . . . . . 358
          6C–11. Pavement Markings Application . . . . . . . . . . . . . 358
          6C–12. Channelization . . . . . . . . . . . . . . . . . . . . . . . 359


**D. Lighting Devices**

Section 6D– 1. Function . . . . . . . . . . . . . . . . . . . . . . . . . . . 361

| | | | |
|---|---|---|---|
| | 6D– 2. | Floodlights . . . . . . . . . . . . . . . . . . . . | 361 |
| | 6D– 3. | Hazard Identification Beacons (Flashing | |
| | | Electric Lights) . . . . . . . . . . . . . . . . | 361 |
| | 6D– 3A. | Overhead Barricade Beacon . . . . . . . . . . . . . | 362 |
| | 6D– 3B. | Warning Sign With Flasher and Illumination . . . . | 362 |
| | 6D– 4. | Steady Burning Electric Lamps . . . . . . . . . . . | 363 |
| | 6D– 5. | Barricade Warning Lights . . . . . . . . . . . . . | 363 |
| | 6D– 6. | Flashing Arrow Panel . . . . . . . . . . . . . . . | 364 |
| | 6D– 6A | Lane-Use Control Signals . . . . . . . . . . . . . | 365 |
| | 6D– 7. | Lanterns or Torches . . . . . . . . . . . . . . . . | 365 |

**E. Control of Traffic Through Work Areas**

| | | | |
|---|---|---|---|
| Section | 6E– 1. | Function . . . . . . . . . . . . . . . . . . . . . | 366 |
| | 6E– 2. | Hand Signaling Devices . . . . . . . . . . . . . . | 366 |
| | 6E– 3. | Flagmen . . . . . . . . . . . . . . . . . . . . . | 366 |
| | 6E– 4. | Flagging Procedures . . . . . . . . . . . . . . . . | 367 |
| | 6E– 5. | Flagman Stations . . . . . . . . . . . . . . . . . | 369 |
| | 6E– 6. | One-Way Traffic Control . . . . . . . . . . . . . . | 369 |
| | 6E– 7. | Flagman Control . . . . . . . . . . . . . . . . . . | 369 |
| | 6E– 8. | Flag-Carrying or Official Car . . . . . . . . . . . | 370 |
| | 6E– 9. | Pilot Car . . . . . . . . . . . . . . . . . . . . . | 370 |
| | 6E–10. | Traffic Control Signals . . . . . . . . . . . . . . | 370 |

**F. Expressways and Limited Access Facilities**

| | | | |
|---|---|---|---|
| Section | 6F– 1. | Application of Standards . . . . . . . . . . . . . . | 372 |
| | 6F– 2. | Problem Areas . . . . . . . . . . . . . . . . . . . | 372 |
| | 6F– 3. | Signs . . . . . . . . . . . . . . . . . . . . . . . | 373 |
| | 6F– 4. | Barricades and Channelization . . . . . . . . . . . | 373 |
| | 6F– 5. | Lighting Devices . . . . . . . . . . . . . . . . . | 374 |
| | 6F– 6. | Control of Traffic . . . . . . . . . . . . . . . . | 374 |

## Part VII – TRAFFIC CONTROLS FOR SCHOOL AREAS

**A. General**

| | | | |
|---|---|---|---|
| Section | 7A– 1. | Need for Standards . . . . . . . . . . . . . . . . | 375 |
| | 7A– 2. | School Routes and Established School Crossings . . . . . . . | 377 |
| | 7A– 3. | School Crossing Control Criteria . . . . . . . . . | 377 |
| | 7A– 4. | Scope . . . . . . . . . . . . . . . . . . . . . . | 378 |
| | 7A– 5. | Application of Standards . . . . . . . . . . . . . | 378 |
| | 7A– 6. | Engineering Study Required . . . . . . . . . . . . | 378 |
| | 7A– 7. | Maintenance of Traffic Control Devices . . . . . . . . . . | 378 |
| | 7A– 8. | Legal Authority . . . . . . . . . . . . . . . . . | 379 |
| | 7A– 9. | Prohibition of Confusing Advertising Lights, Signs and | |
| | | Advertising on Traffic Signs or Signals . . . . . . . . . | 379 |
| | 7A–10. | Meanings of "Shall," "Should" and "May" . . . . . . . . . | 379 |

**B. Signs**

| | | | |
|---|---|---|---|
| Section | 7B– 1. | Design of Signs . . . . . . . . . . . . . . . . . | 380 |
| | 7B– 2. | Dimensions . . . . . . . . . . . . . . . . . . . . | 380 |

7B– 3. Lettering . . . . . . . . . . . . . . . . . . . . . . . . . . 380
7B– 4. Sign Borders . . . . . . . . . . . . . . . . . . . . . . . . 380
7B– 5. Illumination and Reflectorization . . . . . . . . . . . . . . 380
7B– 6. Position of Signs . . . . . . . . . . . . . . . . . . . . . . 381
7B– 7. Height of Signs . . . . . . . . . . . . . . . . . . . . . . . 381
7B– 8. Erection of Signs . . . . . . . . . . . . . . . . . . . . . . 381
7B– 9. School Advance Sign (S1-1) . . . . . . . . . . . . . . . . . 381
7B–10. School Crossing Sign (S2-1) . . . . . . . . . . . . . . . . . 382
7B–11. Stop for School Bus Loading or Unloading Sign (S3-2) . . . . 382
7B–12. School Speed Limit Signs (S4-1 through 4) . . . . . . . . . . 383
7B–13. Parking and Stopping Signs (R7 Series) . . . . . . . . . . . 385


C. Markings

Section 7C– 1. Functions and Limitations of Markings . . . . . . . . . . . 387
7C– 2. Standardization . . . . . . . . . . . . . . . . . . . . . . . 387
7C– 3. Crosswalk Lines . . . . . . . . . . . . . . . . . . . . . . . 387
7C– 4. Stop Lines . . . . . . . . . . . . . . . . . . . . . . . . . 388
7C– 5. Curb Markings for Parking Restrictions . . . . . . . . . . . 388
7C– 6. Word and Symbol Markings . . . . . . . . . . . . . . . . . 388


D. School Area Traffic Signals

Section 7D– 1. Definition . . . . . . . . . . . . . . . . . . . . . . . . . 390
7D– 2. Advantages and Disadvantages . . . . . . . . . . . . . . . . 390
7D– 3. Standardization . . . . . . . . . . . . . . . . . . . . . . . 390
7D– 4. Warrants . . . . . . . . . . . . . . . . . . . . . . . . . . 391
7D– 5. Meaning of Signal Indications . . . . . . . . . . . . . . . . 391
7D– 6. Intersection and Non-intersection Installations . . . . . . . . 393
7D– 7. Controllers . . . . . . . . . . . . . . . . . . . . . . . . . 393
7D– 8. Pedestrian Detectors . . . . . . . . . . . . . . . . . . . . . 394
7D– 9. Operation of Pedestrian Signals . . . . . . . . . . . . . . . 394
7D–10. Coordination with Adjacent Signals . . . . . . . . . . . . . 395
7D–11. Vehicle Change Interval . . . . . . . . . . . . . . . . . . . 396
7D–12. Location and Placement . . . . . . . . . . . . . . . . . . . 396
7D–13. Visibility, Number and Location of Signal Faces . . . . . . . 396
7D–14. Height of Signal Faces . . . . . . . . . . . . . . . . . . . . 398
7D–15. Transverse Location of Traffic Signal Supports and
        Controller Cabinets . . . . . . . . . . . . . . . . . . . . . 398
7D–16. Portable Traffic Control Signals . . . . . . . . . . . . . . . 398
7D–17. Area of Control . . . . . . . . . . . . . . . . . . . . . . . 399
7D–18. Design Requirements for School Signal Indications . . . . . . 399
7D–19. Number of Lenses per Signal Face . . . . . . . . . . . . . . 399
7D–20. Size and Design of Signal Lenses . . . . . . . . . . . . . . . 399
7D–21. Arrangement of Lenses in Signal Faces . . . . . . . . . . . . 399
7D–22. Illumination of Lenses in Vehicular Signal Faces . . . . . . . 400
7D–23. Pedestrian Indications . . . . . . . . . . . . . . . . . . . . 400
7D–24. Speed Limit Sign Beacon . . . . . . . . . . . . . . . . . . . 400
7D–25. School Crossings at Existing Signal Installations . . . . . . . 401
7D–26. Signal Indications . . . . . . . . . . . . . . . . . . . . . . 401
7D–27. Signal Control . . . . . . . . . . . . . . . . . . . . . . . . 401
7D–28. Signal Operation . . . . . . . . . . . . . . . . . . . . . . . 401

**E. Crossing Supervision**

Section 7E– 1.  Types of Crossing Supervision . . . . . . . . . . . . . . . . 402
       7E– 2.  Adult Guards . . . . . . . . . . . . . . . . . . . . . . 402
       7E– 3.  Legal Authority for Adult Guards . . . . . . . . . . . . . . 402
       7E– 4.  Choice of Adult Guards . . . . . . . . . . . . . . . . . 402
       7E– 5.  Safety Vest for Adult Guards . . . . . . . . . . . . . . . 403
       7E– 6.  Operating Procedures for Adult Guards . . . . . . . . . . . 403
       7E– 7.  Police Officers . . . . . . . . . . . . . . . . . . . . . 404
       7E– 8.  Student Patrols . . . . . . . . . . . . . . . . . . . . . 404
       7E– 9.  Legal Authority for Student Patrols . . . . . . . . . . . . 404
       7E–10.  Choice of Student Patrols . . . . . . . . . . . . . . . . 404
       7E–11.  Operating Procedures for Student Patrols . . . . . . . . . . 404

**F. Grade Separated Crossings**

Section 7F– 1.  Function . . . . . . . . . . . . . . . . . . . . . . . . 405
       7F– 2.  Types of Grade Separated Crossings . . . . . . . . . . . . 405
       7F– 3.  Criteria for Use of Grade Separated Crossings . . . . . . . . 405


## Part VIII—DEFINITIONS

Section 8A– 1.  Definition of Words and Phrases . . . . . . . . . . . . . . 407
       8A– 2.  General Definitions . . . . . . . . . . . . . . . . . . . 407
       8A– 3.  Definitions Relating to Signs . . . . . . . . . . . . . . . 409
       8A– 4.  Definitions Relating to Markings . . . . . . . . . . . . . 410
       8A– 5.  Definitions Relating to Signals . . . . . . . . . . . . . . 410
       8A– 6.  Definitions Relating to Islands . . . . . . . . . . . . . . 412

**INDEX** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 413

# ALPHABETICAL LISTING OF SIGNS

| Sign | Code | Page |
|------|------|------|

## A

| Sign | Code | Page |
|------|------|------|
| Advance Guide, Diagramatic | E1-3 | 154 |
| Advance Guide (Expr.-Fwy.) | E1-1 | 153 |
| Advance Motorist Services (Expr.-Fwy.) | E11-14 | 194 |
| Advance Road (Street) | D3-2 | 127 |
| Advance Road (Street) (Expr.-Fwy.) | E11-3 | 163 |
| Advance State Police and Sheriff | I7-1, 2 | 141b |
| Advance State Police and Sheriff (Expr.-Fwy.) | E11-2 | 163 |
| Advance Turn Arrow (90°) | M5-1 | 116 |
| Advance Turn Arrow (45°) | M5-2 | 116 |
| Advisory Exit Speed | W13-2 | 96 |
| Advisory Ramp Speed | W13-3 | 96 |
| Advisory Speed | W13-1 | 95 |
| Airport Trailblazer | I8-2 | 141c |
| All Traffic Must Turn | R6-4 | 56a |
| All Way | R1-4 | 34 |
| Alternate | M4-1 | 113 |
| Authorized Vehicles Only | R5-15 | 55 |
| Axle Weight Limit (5) Tons | R12-2 | 69 |

## B

| Sign | Code | Page |
|------|------|------|
| Barricade, Type I | B(I)-R(L) | 350 |
| Barricade, Type II | B(II)-R(L) | 350 |
| Barricade, Type III | B(III)-R(L) | 350 |
| Begin One Way | R6-3 | 56a |
| Be Prepared to Stop | W20-7a | 338 |
| Bike Route | D11-1 | 136 |
| Bike X-ing | W11-1 | 90a |
| Blasting Zone | W22-1,2,3 | 344 |
| Bridge Weight Limit | W12-4,5,5a,6,7 | 69 |
| Bump | W8-1 | 87 |
| Business | M4-3 | 113 |
| Business Loop (Spur) Marker | M1-2,3 | 104 |
| Business District | I4-1,2 | 141 |
| Bus Stop | R7-6a | 58a |
| Bus Station | I8-3 | 141c |
| By-Pass | M4-2 | 113 |

## C

| Sign | Code | Page |
|------|------|------|
| Camping | D9-3 | 134 |
| Cardinal Direction Panels | M3 Series | I11 |
| Cattle X-ing | W11-4 | 90a |
| Center Lane — Left Turn Only | R3-9 | 45 |
| Children Crossing | W11-12 | 90b |
| Combination Junction | M2-2 | 111 |
| Community Limit | I2-4 | 140 |
| Commercial Vehicles Excluded | R5-4 | 54 |
| Complete Left Turn When Traffic Clears | R3-12 | 47 |
| Construction Ahead | W20-1 | 335 |

(Rev. 1)
(Rev. 2)
(Rev. 3)

| Sign | Code | Page |
|------|------|------|

| Sign | Code | Page |
|------|------|------|
| Construction Zone | G20-1a | 346 |
| Construction Zone Ends | G20-2 | 346 |
| Corporate Limit | I2-3 | 139 |
| Corporate Limit (Expr.-Fwy.) | E11-5 | 165 |
| County Line | I2-2 | 139 |
| County Line (Expr.-Fwy.) | E11-6 | 165 |
| County Route Marker | M1-5 | 105 |
| Cross on Green Light Only | R10-1 | 65 |
| Cross on Walk Signal Only | R10-2 | 65 |
| Cross Only at Crosswalks | R9-2 | 64 |
| Crossroad | W2-1 | 78 |
| Crosswalk (overhead) | R10-11 | 66 |
| Curve | W1-2 | 75 |

### D

| Sign | Code | Page |
|------|------|------|
| Dead End | W14-1 | 97 |
| Deer X-ing | W11-3 | 90a |
| Destination and Direction | D1 Series | 124 |
| Destination and Direction | E11-4 | 164 |
| Detour | M4-9 | 347 |
| Detour Ahead | W20-2 | 335 |
| Detour Arrow | M4-10 | 348 |
| Detour Panel | M4-8 | 347 |
| Dip | W8-2 | 87 |
| Directional Arrow (90°) | M6-1 | 117 |
| Directional Arrow (45°) | M6-2 | 117 |
| Directional Arrow (0°) | M6-3 | 117 |
| Directional Arrow (90°, Double-Headed) | M6-4 | 118 |
| Directional Arrow (45°, Double-Headed) | M6-5 | 118 |
| Directional Arrow (0°-90°, Double-Headed) | M6-6 | 118 |
| Directional Arrow (0°-45°, Double-Headed) | M6-7 | 118 |
| Divided Highway | W6-1 | 84 |
| Divided Highway Ends | W6-2 | 84 |
| Do Not Block Intersection | R10-7 | 66 |
| Do Not Enter | R5-1 | 52 |
| Do Not Pass | R4-1 | 48b |
| Double Arrow | W12-1 | 93 |
| Double-turn | R3-8 | 45 |

### E

| Sign | Code | Page |
|------|------|------|
| East | M3-2 | 112 |
| Emergency Parking Only | M8-4 | 63 |
| Emergency Signal | R10-12 | 66 |
| Emergency Stopping Only | R8-7 | 63 |
| End of Roadway Marker | ER-1 | 242 |
| End One Way | R6-3a | 56a |
| Ends | M6-8 | 114 |
| Equestrian X-ing | W11-7 | 90a |
| Exit-Direction (Expr.-Fwy.) | E4-1 | 156 |
| Exit-Direction (Overhead) (Expr.-Fwy.) | E6-1 | 158 |

(Rev. 1)
(Rev. 2)
(Rev. 3)

8b

| Sign | Code | Page |
|---|---|---|

| Sign | Code | Page |
|---|---|---|
| Exit-Gore (Expr.-Fwy.) | E5-1 | 157 |
| Exit-Gore with Exit Number (Expr.-Fwy.) | E5-1a | 157 |
| Exit Number Panel (Expr.-Fwy.) | E1-2 | 153 |
| Exit Only Panels | E11-1 | 163 |

### F

| Sign | Code | Page |
|---|---|---|
| Factory Entrance | W11-11 | 90b |
| Farm Machinery | W11-5 | 90a |
| Flagman Ahead | W20-7 | 337 |
| Food | D9-8 | 134 |
| Four-Way | R1-3 | 34 |
| Freeway Ends | W6-4 | 85 |
| Fresh Oil (Tar) | W21-2 | 341 |

### G

| Sign | Code | Page |
|---|---|---|
| Gas | D9-7 | 134 |

### H

| Sign | Code | Page |
|---|---|---|
| Handicapped, symbol | D9-6 | 133 |
| Hiking Trail | I8-1 | 141c |
| Hill | W7-1 | 86 |
| Historical Marker | I5-1,2,3 | 141 |
| Hospital | D9-2 | 133 |

### I

| Sign | Code | Page |
|---|---|---|
| Institution | I6-1 | 141a |
| Institution Direction | I6-2 | 141a |
| Interchange Sequence | E8 Series | 160 |
| Interstate Route Marker | M1-1 | 104 |

### J

| Sign | Code | Page |
|---|---|---|
| Junction Marker | M2-1 | 110 |

### K

| Sign | Code | Page |
|---|---|---|
| Keep Left | R4-8 | 51 |
| Keep Off Median | R11-1 | 67 |
| Keep Right | R4-7 | 51 |
| Keep Right (overhead) | R4-9 | 51 |
| Keep Right Except to Pass | R4-5a | 49 |

### L

| Sign | Code | Page |
|---|---|---|
| Lake Name | I3-2 | 140 |
| Lake Name (Expr.-Fwy.) | e11-8 | 165 |
| Lane Ends Merge Left (Right) | W9-2 | 82 |
| Lane-Use Control | R3-5, 6 | 45 |
| Left (Right) Lane Must Turn Left (Right) | R3-7 | 45 |
| Left (Right) Lane Must Exit (Expr.-Fwy.) | R3-7a | 45 |
| Left Turn Lane | R3-10 | 46 |
| Limited Sight Distance | W14-4 | 98 |
| Litter Barrel | D5-5b | 130 |

(Rev. 1)
(Rev. 2)
(Rev. 3)

| Sign | Code | Page |
|---|---|---|

| Sign | Code | Page |
|---|---|---|
| Lodging | D9-9 | 134 |
| Low Clearance | W12-2,3 | 95 |

## M

| Sign | Code | Page |
|---|---|---|
| Maintenance Garage or Sign Shop | I6-3 | 141a |
| Men Working | W21-1 | 341 |
| Merging Traffic | W4-1 | 82 |
| Michigan State Line | I2-1 | 139 |
| Michigan Route Marker | M1-6 | 104 |
| Mileage | D2 Series | 126 |
| Mileage (Expr.-Fwy.) | E7-1 | 160 |
| Milepost | D10 Series | 135 |
| Minimum Speed | R2-4 | 40 |
| Motor Vehicles Only | R5-11 | 54 |
| Motorist Services (Expr.-Fwy.) | E11-14 | 194 |
| Motorist Services Ramp Directional (Expr.-Fwy.) | E11-15 | 195 |

## N

| Sign | Code | Page |
|---|---|---|
| Narrow Bridge | W5-2 | 83 |
| National Forest Route Marker | M1-7 | 105 |
| Next _____ Exits | E9-1 | 161 |
| Next Exit _____ Miles (Expr.-Fwy.) | E2-1 | 154 |
| Next Right | E4-2 | 156 |
| Night Speed | R2-3 | 39 |
| No Bicycles | R5-6 | 54 |
| No Hitchhiking | R9-4 | 63 |
| No Left Turn | R3-2 | 42 |
| No Outlet | W14-2 | 97 |
| No Parking | R7 Series | 58 |
| No Parking (Rural) | R8 Series | 62 |
| No Passing Zone | W14-3 | 97 |
| No Pedestrian Crossing | R9-3 | 64 |
| No Right Turn | R3-1 | 42 |
| No Trucks | R5-2 | 53 |
| No Turn on Red | R10-9 | 66 |
| No Turns | R3-3 | 42 |
| No U Turn | R3-4 | 43 |
| North | M3-1 | 111 |

## O

| Sign | Code | Page |
|---|---|---|
| Object Marker | OM-1, 2, 3 | 241 |
| One Lane Bridge | W5-3 | 83 |
| One Lane Road Ahead | W20-4 | 336 |
| One Way | R6-1, 2 | 56 |

## P

| Sign | Code | Page |
|---|---|---|
| Parking (Directional) | D4-1 | 128 |
| Parking Area (Advance) | D5-3 | 129 |
| Parking Area (Directional) | D5-4 | 129 |
| Parking Regulation (Urban) | R7 Series | 58 |

(Rev. 1)
(Rev. 2)
(Rev. 3)

| Sign | Code | Page |
|------|------|------|
| Parking Regulation (Rural) ............................ | R8 Series | 62 |
| Pass With Care ........................................ | R4-2 | 48b |
| Pavement Ends ......................................... | W8-3 | 87 |
| Pavement Width Transition ............................ | W4-2 | 82 |
| Pedestrian X-ing ...................................... | W11-2 | 90a |
| Pedestrians Prohibited ................................ | R5-3 | 53 |
| Pilot Car Follow Me ................................... | G20-4 | 348 |
| Playground ............................................ | W11-13 | 91 |
| Preferential Lane ..................................... | R3-14, 15 | 48a |
| Prohibited (Special Vehicles) ......................... | R5-12, 13 | 54 |
| Push Button for Green Light ........................... | R10-3 | 65 |
| Push Button for Walk Signal ........................... | R10-4 | 65 |

### R

| Railroad Advance Warning .............................. | W10-1 | 98 |
| Railroad Crossbuck .................................... | R15-1 | 71 |
| Ramp Directional (Destination) ........................ | E11-4 | 164 |
| Ramp Directional — Motorist Services (Expr.-Fwy.) ..... | E11-15 | 194 |
| Recreation Area ....................................... | D7-1, 2 | 131 |
| Reduced Speed Ahead ................................... | R2-5a | 41 |
| Reduced Speed ———— M.P.H. ............................. | R2-5b | 41 |
| Rest Area (Directional) (Expr.-Fwy.) .................. | D5-2, 2a | 129 |
| Rest Area ———— Mile(s) (Expr.-Fwy.) ................... | D5-1 | 129 |
| Rest Area Parking ..................................... | R5-16 | 55 |
| Reverse Curve ......................................... | W1-4 | 76 |
| Reverse Turn .......................................... | W1-3 | 76 |
| Right (Left) Lane Ends ................................ | W9-1 | 82 |
| Right (Left) Lane Closed Ahead ........................ | W20-5 | 337 |
| Road Closed ........................................... | R11-2 | 67 |
| Road Closed to Thru Traffic ........................... | R11-4 | 68 |
| Road Closed ———— Miles Ahead (Local Traffic Only) .. | R11-3 | 68 |
| Road Construction ———— Miles .......................... | G20-1 | 346 |
| Road Ends ............................................. | W14-2a | 97 |
| Road Machinery Ahead .................................. | W21-3 | 341 |
| Road Narrows .......................................... | W5-1 | 83 |
| Road Work Ahead ....................................... | W21-4 | 342 |
| Roadside Table ........................................ | D5-5, 5a | 130 |

### S

| Scenic Area ........................................... | D6-1, 2, 3 | 130 |
| School Advance ........................................ | S1-1 | 382 |
| School Crossing ....................................... | S2-1 | 382 |
| School Speed Limit .................................... | S4-1, 3, 4 | 383 |
| Seasonal Load and Speed Restrictions in Effect......... | R12-3 | 69 |
| Side Road ............................................. | W2-2, 3 | 79 |
| Sign Shop or Maintenance Garage....................... | I6-3 | 141a |
| Signal Ahead .......................................... | W3-3 | 81 |
| Sheriff Department Office ............................. | I7-4 | 141b |
| Shoulder Work ......................................... | W21-5 | 342 |
| Signal Movement Identification ........................ | R3-11 | 46 |
| Slippery When Wet ........:............................ | W8-5 | 88 |

(Rev. 1)
(Rev. 2)          8e
(Rev. 3)

| Sign | Code | Page |
|------|------|------|

| Sign | Code | Page |
|------|------|------|
| Slower Traffic Keep Right | R4-3 | 49 |
| Snowmobile Crossing | W11-6 | 90a |
| Snowmobile Route | D11-2 | 137 |
| Soft Shoulder | W8-4 | 88 |
| South | M3-3 | 112 |
| Speed Limit | R2-1 | 38 |
| Speed Limit (Statewide) | R2-3a | 39 |
| Speed Limit (Minimum-Maximum) (Expr.-Fwy.) | R2-4a | 40 |
| Speed Zone Ahead | R2-5c | 41 |
| State Line | I2-1 | 139 |
| State Police Post | I7-3 | 141b |
| Stop | R1-1 | 34 |
| Stop Ahead | W3-1 | 80 |
| Stop Here on Red | R10-6 | 66 |
| Stop — Slow Paddle | R1-1a | 368 |
| Stop for School Bus Loading or Unloading | S3-2 | 383 |
| Stream Name | I3-1 | 140 |
| Stream Name (Expr.-Fwy.) | E11-7 | 165 |
| Street Closed Ahead | W20-3 | 336 |
| Street Name | D3-1 | 127 |
| Supplemental Guide (Expr.-Fwy.) | E3-1 | 155 |
| Survey Crew | W21-6 | 342 |

## T

| Sign | Code | Page |
|------|------|------|
| T-Symbol | W2-4 | 80 |
| Target Arrow | W1-6, 7 | 78 |
| Telephone | D9-1 | 133 |
| Temporary | M4-7 | 115 |
| Three Tracks | R15-2 | 71 |
| Through Destination (Expr.-Fwy.) | E6-2 | 158 |
| Thru Traffic (Expr.-Fwy.) | E6-2 | 158 |
| To | M4-5 | 114 |
| Tow-Away Zone | R7-9 | 59 |
| Township Line | I2-2a | 139 |
| Traffic Signal Speed | I1-1 | 138 |
| Train Stations | I8-4 | 141c |
| Truck | M4-4 | 113 |
| Truck Crossing | W11-10 | 90b |
| Truck Lane Ahead | R4-6 | 49 |
| Truck Route | R14-1 | 70 |
| Truck Speed Limit | R2-2 | 38 |
| Trucks Use Lower Gear | W7-2b | 86 |
| Trucks Use Right Lane | R4-5 | 49 |
| Turn | W1-1 | 75 |
| Turn Right (Left) Only | R3-13 | 47 |
| Two-Way, Left-Turn Lane (Overhead) | R3-9a | 45 |
| Two-Way Traffic | W6-3 | 85 |

## U

| Sign | Code | Page |
|------|------|------|
| U.S. Route Marker | M1-4 | 104 |

| Sign | Code | Page |
|---|---|---|

| Sign | Code | Page |
|---|---|---|
| Use Low Gear .................................................... | W7-2a | 86 |
| Use 2nd Gear ................................................... | W7-2 | 86 |

**V**

| | | |
|---|---|---|
| Vehicles with Lugs Prohibited ........................ | R5-5 | 54 |
| Vertical Panel .................................................. | VP-IR(L) | 352 |
| Village Limit ................................................... | I3-3a | 139 |

**W**

| | | |
|---|---|---|
| Walk on Left Facing Traffic ........................... | R9-1 | 63 |
| Watch for Fire Trucks .................................... | W11-15 | 91 |
| Watch for Ice on Bridge ................................. | W8-6 | 88 |
| Watch for Oncoming Traffic ........................... | W20-4b | 336 |
| Watch for Pedestrians .................................... | W11-14 | 91 |
| Watch for Ramp Traffic .................................. | W11-16 | 91 |
| Weigh Station 1 Mile ..................................... | D8-1 | 132 |
| Weigh Station 1 Mile (Fwy.) ........................... | D8-1 | 197 |
| Weigh Station Right Lane ............................... | D8-2 | 132 |
| Weigh Station Right Lane (Fwy.) ..................... | D8-2 | 197 |
| Weigh Station (Directional) ............................ | D8-3 | 132 |
| Weigh Station (Directional) Fwy.) .................... | D8-3 | 197 |
| Weight Limit 5 Tons ...................................... | R12-1 | 69 |
| West .............................................................. | M3-4 | 112 |
| Winding Road ................................................ | W1-5 | 77 |
| Wrong Way ..................................................... | R5-9 | 52 |

**Y**

| | | |
|---|---|---|
| Y-Symbol ....................................................... | W2-5 | 80 |
| Yield .............................................................. | R1-2 | 36 |
| Yield Ahead ................................................... | W3-2 | 80a |
| Yield to Oncoming Traffic ............................... | W20-4a | 337 |

(Rev. 1)
(Rev. 2)
(Rev. 3)

## INTRODUCTION

Traffic control devices are all signs, signals, markings, and devices placed on or adjacent to a street or highway by authority of a public body or official having jurisdiction to regulate, warn, or guide traffic.

The need for high uniform standards was recognized long ago. The American Association of State Highway Officials (AASHO) published a manual for rural highways in 1927 and the National Conference on Street and Highway Safety published a manual for urban streets in 1929. But the necessity for unification of the standards applicable to different road and street systems was obvious. To meet this need, a joint committee of the American Association of State Highway Officials and the National Conference on Street and Highway Safety developed, and published in 1935, the original edition of the National "Manual on Uniform Traffic Control Devices"(MUTCD). That committee, though changed from time to time in organization and personnel, has been in continuous existence and has been responsible for periodic revisions to the National MUTCD.

The first "Michigan Manual of Uniform Traffic Control Devices" was issued in 1939 by State Highway Commissioner Murray D. Van Wagoner and State Police Commissioner Oscar G. Olander. The Michigan Manual was revised and expanded in 1953, and again in 1963. This, then, is the fourth edition of the "Michigan Manual of Uniform Traffic Control Devices".

In the interest of national uniformity, the Michigan Manual is patterned after and, insofar as Michigan law will permit, conforms very closely with the 1971 edition of the National MUTCD, issued by the Federal Highway Administration of the U.S. Department of Transportation.

This 1973 edition of the Michigan Manual, under the provisions of the Michigan Vehicle Code (Act 300, P.A. 1949, as amended), revises the standards for traffic control devices for use in the State of Michigan and supersedes all previous editions. Unless otherwise provided either herein or by federal compliance schedules, all traffic control devices hereafter erected shall conform to this Manual.

In recognition of the proven international value and need for symbols, and to present a uniform and better understood system of signing, this 1973 revision includes a wider use of symbols, both in the regulatory and warning series. Color coding is employed more extensively in signs and to define direction of travel by pavement markings.

# PART I. GENERAL PROVISIONS

## 1A-1 Requirements of Traffic Control Devices

This Manual sets forth the basic principles that govern the design and usage of traffic control devices. These principles appear throughout the text in discussions of the devices to which they apply, and it is important that they be given primary consideration in the selection and application of each device.

The Manual presents traffic control device standards for all streets and highways regardless of type or class or the governmental agency having jurisdiction. Where a device is intended for limited application only, or for a specific system, the text specifies the restrictions on its use.

To be effective, a traffic control device should meet five basic requirements. They are:

1. Fulfill a need.
2. Command attention.
3. Convey a clear, simple meaning.
4. Command respect of road users.
5. Give adequate time for proper response.

In the case of regulatory devices, the actions required of motorists and pedestrians are specified by State statute or by local ordinance or resolution. Uniformity of meaning is vital to effective traffic control devices. Meanings ascribed to devices in this Manual are in accord with the Michigan Vehicle Code.

Five basic considerations are employed to insure that these requirements are met. They are: design, placement, operation, maintenance, and uniformity.

Design of the device should assure that such features as size, contrast, colors, shape, composition, and lighting or reflectorization are combined to draw attention to the device; that shape, size, colors, and simplicity of message combine to produce a clear meaning; that legibility and size combine with placement to permit adequate time for response; and that uniformity, reasonableness of the regulation, size and legibility combine to command respect. In the design of a device, minor modifications of the specified design elements may be made as necessary to fit special conditions, provided that the essential appearance characteristics are met.

Placement of the device should assure that it is within the cone of vision of the user so that it will command attention, that it is positioned with respect to the point, object, or situation to which it applies to aid in

conveying the proper meaning; and that its location, combined with suitable legibility, is such that a driver traveling at normal speed has adequate time to make the proper response.

Operation or application should assure that appropriate devices and related equipment are installed to meet the traffic requirements at a given location. Furthermore, the device must be operated and placed in a uniform and consistent manner to assure, to the extent possible, that the motorist can be expected to respond properly to the device, conditioned by his previous exposure to similar traffic control situations.

Maintenance of devices should be to high standards to assure that legibility is retained, that the device is visible, and that it is removed if no longer needed. Clean legible, properly mounted devices in good working condition command the respect of motorists and pedestrians. In addition to physical maintenance, functional maintenance is required to adjust needed traffic control devices to current conditions and to remove those which are not needed. The fact that a device is in good physical condition should not be a basis for deferring needed replacement or change. Furthermore, carelessly executed maintenance can destroy the value of a group of devices by throwing them out of balance. For example, replacement of a sign in a group or series by one that is disproportionately large may tend to deprecate others in the vicinity.

Uniformity of traffic control devices simplifies the task of the road user because it aids in recognition and understanding. It aids road users, police officers, and traffic courts by giving everyone the same interpretation. It aids public highway and traffic officials through economy in manufacture, installation, maintenance and administration.

Simply stated, uniformity means treating similar situations in the same way. The use of uniform traffic control devices does not, in itself, constitute uniformity. A standard device used where it is not appropriate is as objectionable as a nonstandard device; in fact, it may be worse, in that such misuse may result in disrespect for the device at those locations where it is used properly.

## 1A-2 Responsibility for Traffic Control Devices

The responsibility for traffic control devices rests with many governmental jurisdictions. However, traffic control devices placed and maintained by State and local officials are required by statute to conform to the Michigan Manual of Uniform Traffic Control Devices. Section 608 of the Michigan Vehicle Code contains the following pertinent provision:

"The state highway commissioner and commissioner of state police shall adopt a manual and specifications for a uniform system of traffic-control devices consistent with the provisions of this chapter for use upon highways within this state. Such uniform system shall

correlate with and so far as possible conform to the system then current as approved by the American Association of State Highway Officials and such manual may be revised whenever necessary to carry out the provisions of this act. It is hereby declared to be the policy of the state of Michigan to achieve, insofar as is practicable, uniformity in the design, and shape and color scheme of traffic signs, signals and guide posts erected and maintained upon the streets and highways within the state with other states."

## 1A-3  Engineering Study Required

The decision to use a particular device at a particular location should be made on the basis of an engineering study of the location, notwithstanding requirements specified throughout this Manual. Thus, while this Manual provides standards for design and application of traffic control devices, the Manual is not a substitute for engineering judgment.

Qualified engineers are needed to exercise the engineering judgment inherent in the selection of traffic control devices, just as they are needed to locate and design the roads and streets which the devices complement. Jurisdictions with responsibility for traffic control that do not have qualified engineers on their staffs should seek assistance from the Michigan Department of State Highways, their county, a nearby large city, or a qualified traffic engineering consultant.

## 1A-4  Meanings of "Shall," "Should" and "May"

In the Manual sections dealing with the design and application of traffic control devices, the words "shall," "should" and "may" are used to describe specific conditions concerning these devices. To clarify the meanings intended in this Manual by the use of these words, the following definitions apply:

1. SHALL — A mandatory condition. Where certain requirements in the design or application of the device are described with the "shall" stipulation, it is mandatory when an installation is made that these requirements be met.

2. SHOULD — An advisory condition. Where the word "should" is used, it is considered to be advisable usage, recommended but not mandatory.

3. MAY — A permissive condition. No requirement for design or application is intended.

## 1A-5  Developing New Standards and Interpretation and Revision of Existing Standards

Advances in technology will produce changes in the highway, the motor vehicle, and in driver proficiency. As a result, portions of the system

5

of control devices shown in this Manual will gradually become obsolete. In addition, unique situations often arise for device applications which may require interpretation or clarification of this Manual. It is important to have a procedure for recognizing these developments and for introducing new ideas and modifications into the system.

The following procedure will generally apply to the handling of interpretations, experimentation, and changes to the Michigan Manual of Uniform Traffic Control Devices.

1. A written request for clarification, permission to experiment, or change in Manual provisions should be forwarded to the Michigan Department of State Highways. When the request cannot be resolved at the State level, and it is judged the item can best be handled by the Federal Highway Administration, it will be processed through the American Association of State Highway Officials in accordance with Federal Highway Administration procedures.

2. All requests should contain the following information:

a. A brief statement indication what change, modification, or question is to be resolved.

b. Any illustrations which would help to explain the request.

c. Any supporting research data which is pertinent to the item to be reviewed.

3. Rulings on requests will be given as:

a. Interpretation — this would generally be a clarification of intended applications of Manual requirements for specific situations.

b. Approval as an alternate — this would be permission to use a new device or modification, even though the Manual prescribes a device for the same purpose. Generally, it would be expected that the proposed alternate would offer advantages over the device prescribed in the Manual.

c. Approval for experimentation — this would be permission to use, for test and evaluation, an unproven device or modification which appeared to be a sound idea. The type of information to be gathered during the test and evaluation of the device would be stated as part of the request and the gathering of these data would be a conditional part of the approval.

4. The Michigan Department of State Highways will be responsible for acknowledgement of all requests and dissemination of official rulings to the appropriate authority. When rulings involve changes in Michigan Manual provisions, revisions to this Manual will be issued. Generally, an annual revision will be issued including all changes for the preceding calendar year.

Two publications are specifically designed to provide the content and language of legislation needed to give regulatory devices the same meaning in all jurisdictions. These are the Michigan Vehicle Code and the Uniform Traffic Code for Cities, Townships and Villages. Both Codes require the placing of signs or other traffic control devices to make some of their provisions effective, and both define the legal meaning of certain devices. The Michigan Vehicle Code directs State authorities to adopt a manual for a uniform system of traffic control devices, and the Uniform Traffic Code for Cities, Townships and Villages requires devices under municipal jurisdiction to conform thereto.

The standards in the Manual for Signing and Pavement Marking of the National System of Interstate and Defense Highways, published by the American Association of State Highway Officials, have been incorporated herein for freeway application, providing one document for all streets and highways.

Other documents, to the extent they are incorporated by specific reference, are made part of this Manual:

Standard Alphabets — Federal Highway Administration, 1966

Standard Color Charts — Federal Highway Administration, 1970

Standard Highway Signs — Federal Highway Administration or Michigan Department of State Highways

Institute of Traffic Engineers, Adjustable Face Vehicle Traffic Control Signal Head Standards, 1970

Association of American Railroads, Bulletin 6, Railroad Highway Grade Crossing Protection, 1966

Institute of Traffic Engineers, Adjustable Face Pedestrian Signal Head Standard, 1963

Other documents that are useful sources of information with respect to utilization of these standards include:

Traffic Engineering Handbook — Institute of Traffic Engineers

Highway Capacity Manual — Highway Research Board

A Policy on Geometric Design of Rural Highways — American Association of State Highway Officials

A Policy on Arterial Highways in Urban Areas — American Association of State Highway Officials

Manual of Traffic Engineering Studies — Institute of Traffic Engineers

Volume 12, Highway Safety Program Manual, Highway Design Construction and Maintenance, Federal Highway Administration

Volume 13, Highway Safety Program Manual, Traffic Control Devices, Federal Highway Administration

1A-7   Color Code

## 1A-7   Color Code

The following color code establishes general meanings for eight colors in a total of twelve colors that have been identified as being appropriate for use in conveying traffic control information. Central values and tolerance limits for each color are available. [1]

The four colors for which no meaning has been assigned are being reserved for future applications. The meanings described in this Section are of a general nature. More specific assignments of colors are given in the individual Parts of this Manual relating to each class of devices.

Color Code:

RED—Stop or prohibition.
GREEN—Indicated movements permitted, direction guidance.
BLUE—Motorist services guidance.
YELLOW—General warning.
BLACK—Regulation.
WHITE—Regulation.
ORANGE—Construction and maintenance warning.
PURPLE—Unassigned
BROWN—Public recreation and scenic guidance.
STRONG YELLOW-GREEN—Unassigned.
LIGHT BLUE—Unassigned.
CORAL—Unassigned.

---

[1] Available from the Federal Highway Administration, Washington, D.C. 20591.

**2D-1 Scope of Conventional Road Guide Sign Standards**

Specifications for Conventional Road Guide Signs prescribed herein shall apply to any road or street other than an expressway or freeway.

**2D-2 Application**

Guide signs are essential to guide the motorist along streets and highways, to inform him of intersecting routes, to direct him to cities, villages, or other important destinations, to identify nearby rivers and streams, parks, forests, and historical sites, and generally to give him such information as will help him along his way in the most simple, direct manner possible.

**2D-3 Color, Reflectorization, and Illumination**

Except where otherwise specified herein for individual signs or groups of signs or markers, Guide signs on conventional roads and streets shall have a white message on a green background, or as an alternate for this class of roads only, a black message on a white background. In either case, there should be consistency of application on any given highway.

Requirements for reflectorization or illumination are stated under the specific headings for individual guide signs or groups of signs. General provisions are given in sections 2A-16 through 2A-18.

**2D-4 Size of Signs**

For most guide signs, the legend is so variable that there can be no rigidly standardized size. The sign size must be fixed primarily in terms of length of the message and the size of the lettering and spacing necessary for proper legibility. However, for signs with standardized designs, such as route markers, it is practicable to fix standard sizes.

Under some circumstances, particularly for overhead signs, the available space may limit sign width. A sign mounted over a particular roadway lane to which it applies may have to be limited in width to the width of the lane. Where vertical clearances are limited and standard sign design cannot be used, a reduced letter height, interline and edge spacing may be used. When a reduction in the standard size is necessary, the design used should be as nearly comparable to standards as possible.

**2D-5 Lettering Style**

The standard lettering for conventional highway signs is upper-case letters (sec. 2A-15). However, when letter height exceeds 8 inches, place names on guide signs should be composed of lower-case letters with an

initial upper-case letter. The initial upper-case letters shall be one and one-third time the "loop" height of the lower-case letters. Recommended designs have been developed for the upper-case and lower-case alphabets, together with tables of spacing.[4]

## 2D-6 Size of Lettering

For guide signs with varying legend, sign legibility is a direct function of letter size. The legibility distance must give the driver sufficient time to read the sign before he has passed it. Although, under the best conditions, a guide sign message can be read and understood in a brief glance, a reasonable safety factor must be allowed for inattention, blocking of view by other vehicles, unfavorable weather, inferior eyesight, or other causes for delayed or slow reading. On the other hand, the usual repetition of guide information on successive signs where conditions permit often gives a driver more than one opportunity to obtain the information he needs.

Though the reading time for any given sign varies greatly with the approach speed, standard lettering sizes should be consistent on any particular class of highways. The same conditions that induce lower speed — heavy traffic, frequent intersections or interchanges, unfavorable alignment, or extraneous distractions — usually create a need for greater legibility. Hence the size standards set forth are related to the type of highway rather than to variable speeds on any class of highways (Table II-1).

The minimum sizes specified should be exceeded where conditons indicate a need for greater legibility.

In rural districts on major routes, the principal legend on guide signs shall be in letters at least 7 inches in height. If desired, Destination signs (E11-4) and Mileage signs (E7-1) — standardized for special purposes on expressways and freeways — may be provided on conventional roads in rural districts for major highways. There should, however, be consistency of application for sign size on a given highway. On less important rural roads and on urban streets, the principal legend shall be in letters at least 5 inches high. Sign panels shall be large enough to accommodate the required legend without crowding.

Recommended layouts have been developed for standard highway signs showing interline, edge spacing and other specification detail. These layouts may be obtained from the Michigan Department of State Highways or from the Federal Highway Administration.

---

[4] Available from the Federal Highway Administration, Washington, D.C. 20591.

2D–5.                              100

## 2D-7 Amount of Legend

Regardless of letter size, the legend on a guide sign must be kept to a minimum to be legible at a glance during the few moments that a driver can turn his eyes from the road. Guide signs should be limited to three lines of principal legend. Where two or more signs are included in the same overhead display, extra effort should be made to further reduce and simplify the amount of legend.

"Principal legend" here includes only place names, route numbers, and street names. Symbols, action information, cardinal directions and exit numbers may make up other lines of legend, within reasonable limits.

## 2D-8 Arrows and Symbols

Arrows are used on many guide signs to indicate the directions toward designated routes or destinations. Arrows are pointed at any desired angle to convey a clear comprehension of the direction to be taken. At right-angle intersections, a horizontal arrow is appropriate. On a roadside sign, a directional arrow for a straight-through movement should point upward. For a turn, the arrow should be pointed upward as will best describe the design of the intersection, and at an angle related to the sharpness of the turn.

On overhead signs where it is desired to indicate a lane to be followed, the arrow shall point downward toward the center of that lane. Where a roadway is leaving the through lanes, the arrow shall point upward at an angle representative of the alignment of the exit roadway. If required, the through roadway lanes will be identified by downward-pointing arrows.

Downward-pointing arrows shall be used only on overhead guide signs which restrict the use of specific lanes to traffic bound for the destination(s) and/or route(s) indicated by these arrows. Downward-pointing arrows shall not be used unless an arrow can be pointed to each lane that can be used to reach the destination shown on the sign.

Arrows may be placed below the other sign legend, or to one side of it. At an exit, an arrow at the far side of the sign may help to emphasize the directional significance of the sign. For adequate legibility, it is recommended that the width across the barbs of the arrrow be at least equal to the height of the largest letters on the sign, and for short downward-pointing arrows on overhead signs, about one and three-quarters times the letter height (figure 2-10).

Diagrammatic signing using arrows should approximate the intersection roadway geometrics, or the necessary part of it, in a clear, understandable manner to impart a glance-legible message (secs. 2E-20, 2E-24). Therefore, the standard arrow designs and applications may not be applicable to this type of signing. Other symbol designs should be essentially as shown in this Manual.



DIRECTIONAL ARROW



LANE ASSIGNMENT ARROW

Dimensions of Directional Arrow When Used With Various Letter Sizes

| LETTER SIZE (Upper-Case) | Arrow Dimensions in Inches | | | | | |
|---|---|---|---|---|---|---|
| | a | b | c | d | e* | r |
| 8″ | 8 | 5.51 | 1.90 | 0.74 | 10-14 | 0.44 |
| 10.67″ | 11 | 7.57 | 2.61 | 1.01 | 14-19 | 0.63 |
| 13.33″ | 14 | 9.64 | 3.32 | 1.29 | 17-23 | 0.75 |
| 16″ | 16 | 11.02 | 3.79 | 1.47 | 19-26 | 0.88 |

* Taper of ½″ per ft. should be held constant for longer or shorter shaft lengths.

Figure 2—10. Dimensions of arrows on guide signs.

### 2D-9  Numbered Highway Systems

The purpose of numbering and marking highway systems is to identify routes and facilitate travel over the shortest and best roads.

The Interstate System and the United States (U.S.) System are numbered by the American Association of State Highway Officials, upon recommendation of the State highway departments. State and county systems are numbered by the appropriate authorities.

The basic guide for designating and numbering the U.S. System is the "Purpose and Policy in the Establishment and Development of United States Numbered Highways," published by the American Association of State Highway Officials.[5]

---

[5] Available from the American Association of State Highway Officials, 341 National Press Building, Washington, D.C. 20004.

The principles of this policy should be followed in establishing other systems, with effective coordination between adjacent jurisdictions. Care should be taken to avoid the use of numbers or other designations which have been assigned to Interstate, U.S. or State routes in the same area. Overlapping numbered routes should be avoided, and the systems shall be given preference in this order: Interstate, United States, State and County.

## 2D-10 Route Markers and Auxiliary Markers

Route markers shall be used to identify and mark numbered highways, including Federal, State, or County roads, and park, forest, and other public roads. The markers for each system of numbered highways, which are distinctive in shape and color, shall be used only on that respective system and the approaches thereto.

To accomplish their purpose, route markers are usually mounted in assemblies which are formed when the route markers are accompanied by any of the various types of auxiliary markers.

Route markers, as well as any auxiliary markers which accompany them, shall be reflectorized for nighttime visibility as detailed in subsequent sections.

## 2D-11 Design of Route Markers (M1-1 to M1-7)

The design of route markers shall be established by the authority having jurisdiction. Specifications and provisions are as follows:

1. The Interstate Route Marker for use on intersecting highways and roads approaching an interchange with an Interstate route shall consist of a cutout shield, with the route number in white letters on a blue background, the word INTERSTATE in white letters on a red background, and white border and may contain the State name in white letters on a blue background (fig. 2-11). A 24-inch by 24-inch size is prescribed to accommodate route numbers with one or two digits, and a 30-inch by 24-inch size for route numbers having three digits.

2. The Off-Interstate Business Route Marker shall consist of a cutout shield carrying the number of the connecting Interstate route and the words BUSINESS (LOOP or SPUR). The legend and border shall be white on a green background, and the shield shall be of the same shape and dimensions as the Interstate Route Marker previously described (fig. 2-11). In no instance is the word INTERSTATE to appear on the Off-Interstate Business Route Marker. This marker may be used on a major highway that is not a part of the Interstate System, but one that serves the business area of a city from interchanges on the System.





Interstate
Route Marker
M1-1
24" X 24" (2-digit)
30" X 24" (3-digit)
(1½" and 2½" letters)
(10" numerals)

Off-Interstate
Business Loop Marker
M1-2
24" X 24" (2-digit)
30" X 24" (3-digit)
(1½" and 2½" letters)
(10" numerals)

Off-Interstate
Business Spur Marker
M1-3
24" X 24" (2-digit)
30" X 24" (3-digit)
(1½" and 2½" letters)
(10" numerals)

3. The U.S. Route Marker shall consist of a rectangular 24-inch by 24-inch or 30-inch by 24-inch plate, with black numerals on a white shield surrounded by a black background without a border (fig. 2-12). This marker shall be used on all U.S. routes and in connection with route marker assemblies on intersecting highways.

4. The Michigan Route Marker shall consist of a rectangular 24-inch by 24-inch plate, with a black letter "M" and numerals on a white diamond surrounded by a black background without a border (fig. 2-13). This marker shall be used on all State routes and in connection with route marker assemblies on intersecting highways.




U.S.
Route Marker
M1-4
24" X 24" (2-digit)
30" X 24" (3-digit)
(12" numerals)

State Route Marker
M1-6
24" X 24"
(3½" block letter M)
(8" numerals)

5. Wherever County road authorities elect to establish and identify a special system of important County roads, County road identification markers are to be designed and used as specified in the publication "A

Proposal for a Uniform County Route Marker Program on a National Scale."[6] The Uniform County Route Marker shall be a pentagonal shape and shall consist of a reflectorized yellow legend (County name, route letter and number) and border on a reflectorized blue background, of a size compatible with other route markers used in common assemblies.

Signs of other designs may be used to designate County routes not a part of this special system of County roads, but such signs should be of a size comparable to the County Route Marker (M1-5).

6. The Forest Route Marker is designed in a trapezoidal shape and has white legend and border on a brown background. Its size shall be compatible with other route markers used in common assemblies. Forest Route Markers are intended for use on National park and forest roads.



County
Route Marker
M1—5
24″ X 24″
(2″ letters)
(8″ route designation)



Forest Route Marker
M1—7
24″ X 24″
(10″ numerals)

Route markers of any type may be proportionally enlarged in any required size where greater legibility is needed. Where U.S. or State Route Markers are used as components of guide signs, only the outline of the shield or other distinctive shape should be used as shown in the illustration of the Combination Junction sign (sec. 2D-14).

Route markers shall be fully reflectorized as color design permits.

--------
[6]Available from the National Association of Counties, Washington, D.C. 20006.



| | A | B | C | D |
|---|---|---|---|---|
| 24 X 24 | 15 | 15 | 5 | ½ |
| 30 X 24 | 17 | 24 | 5 | ½ |
| 36 X 36 | 22 ½ | 22 ½ | 7 ½ | ¾ |
| 45 X 36 | 25 ½ | 36 | 7 ½ | ¾ |
| 48 X 48 | 30 | 30 | 10 | 1 |
| 60 X 48 | 34 | 48 | 10 | 1 |

Figure 2—11.   Design of interstate and
off-interstate route markers.