# EXHIBIT 5

| JENNIFER M. GRANHOLM | STATE OF MICHIGAN | GLORIA J. JEFF |
|---|---|---|
| GOVERNOR | DEPARTMENT OF TRANSPORTATION | DIRECTOR |
| | LANSING | |



January 4, 2005

James J. Steele, Division Administrator
Federal Highway Administration
315 West Allegan Street, Room 211
Lansing, MI 48933

Re:  Michigan Manual of Uniform Traffic Control Devices (MMUTCD)

Dear Mr. Steele:

On November 20, 2003, the Federal Highway Administration (FHWA) released the 2003 Federal Manual of Uniform Traffic Control Devices (MUTCD). Both federal and state law requires the State of Michigan to have a manual in compliance with the federal version. To assist the states in the review process, federal law provides an adoption period of two years. Therefore, by November 20, 2005, the State of Michigan must be in compliance.

To make this possible, the Michigan Department of Transportation and State Police, who are responsible for the Michigan Manual of Uniform Traffic Control Devices (MMUTCD), will adopt the 2003 federal version with a supplement. The supplement will address those items in the Michigan Vehicle Code that conflict with the Federal MUTCD, and special items unique to Michigan. Until a supplement is produced, the 1994 MMUTCD will remain the official manual for the State of Michigan.

Enclosed for your approval is the redline/strikeout version of Michigan's supplement. This will allow you and your staff to review the changes proposed by the State Advisory Committee (SAC) of the MMUTCD. The SAC meeting minutes are also enclosed for your information. David Morena, FHWA Traffic and Safety Engineer, is a member of the SAC and has advised the committee during the review process.

If you have any questions, please contact me or Mark W. Bott, Traffic Operations Engineer at 517-335-2625.

Sincerely,

*John C. Friend*

John C. Friend
Engineer of Delivery

James J. Steele, Division Administrator
January 4, 2005
Page 2

Enclosures
cc:  L. Tibbits         J. Grossklaus
     J. Culp            B. Zimmerman
     A. Uzcategui       D. Morena, FHWA
     P. Corlett         L. Cook, MSP
     B. Munroe          SAC
     R. Cadena          TSAD