UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STATE OF MICHIGAN,

    Plaintiff,

v.                                                                Case No.  1:16-CV-1084

M22 LLC,                                                    HON. GORDON J. QUIST

    Defendant.
_____/

## ORDER OF REMAND

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that this case is **REMANDED** to the Ingham County Circuit Court because this Court lacks jurisdiction under Declaratory Judgment Act and Article III over the State of Michigan's complaint for declaratory relief.

This case is **concluded**.


Dated:  April 21, 2017                             /s/ Gordon J. Quist
                                                                                                         GORDON J. QUIST
                                                                                           UNITED STATES DISTRICT JUDGE