**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 314 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

April 24, 2017

Ingham County Circuit Court
315 S. Jefferson Street
Mason, MI 48854

RE: Michigan, State of v. M22 LLC
Our Case No. 1:16-cv-1084  Hon. Gordon J. Quist
Your Case No. 16-00648-CZ

Dear Court Personnel:

Pursuant to the enclosed Order of Remand to your Court filed April 21, 2017, we are herewith sending certified copies of our order of remand and docket sheet.

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this remanded case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope. Thank you.

Sincerely,

CLERK OF COURT

/s/ Christa

By: Deputy Clerk